■ In the Matter of FREDDA G. GOTTWALS, Appellant, v DAVID S. GOTTWALS, Respondent. FREDDA G. GOTTWALS, Appellant, v DAVID S. GOTTWALS, Respondent.—Appeal by the wife from so much of an order of the Family Court, Westchester County, dated April 10, 1978, as (1) denied her application for child support arrears and (2) awarded increased child support of only $125 per week. Order modified, on the facts, by deleting from the third decretal paragraph thereof the sums of $125 and $270.83, and substituting therefor the sums of $150 and $325, respectively, and by adding thereto a provision directing the father to pay all reasonable costs for religious education and orthodontia work. As so modified, order affirmed insofar as appealed from, without costs or disbursements. Children are entitled to support in accordance with the current means of their parents (see Family Ct Act, § 413). Here, the father's substantial income justifies a larger award than that ordered by the Family Court. That award barely covers the two children's needs. The additional award will allow more flexibility in satisfying the needs and desires of growing children. Appellant's request for a counsel fee for the taking of this appeal has not been considered. O'Connor, J. P., Shapiro, Cohalan and Margett, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALLEN BERGER, Appellant.—Judgment of the County Court, Nassau County, rendered September 9, 1977, affirmed. No opinion. This case is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (subd 5). Mollen, P. J., O'Connor, Rabin and Gulotta, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY BISACCO, Appellant.—Appeal by defendant, as limited by his motion, from a sentence of the County Court, Suffolk County, imposed April 5, 1978, upon his conviction of criminal sale of a controlled substance in the third degree, on his plea of guilty, the sentence being an indeterminate prison term with a maximum of life imprisonment and a minimum of three years. Sentence modified, as a matter of discretion in the interest of justice, by reducing the minimum term to one year. As so modified, sentence affirmed. The sentence was excessive to the extent indicated herein. Damiani, J. P., Titone, Suozzi and Rabin, JJ., concur.